**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-6623

TERAH C. MORRIS, a/k/a Angelica Lil Mama Morris,

Plaintiff - Appellant,

v.

MEREDITH CARY, Chief Psychiatrist for the State of Virginia; DR. WILLIAM LEE, Western Regional Mental Health Clinical Supervisor; DONNIE L TRENT, II, M.Ed, BSN, Psychology Associate I, Qualified Mental Health Professional; TERRENCE M. HUFF, M.Ed, Psych II, Qualified Mental Health Professional Senior; T. BUCHANAN, M.Ed, Psychology Associate I, Qualified Mental Health Professional; STEPHANIE C. FLETCHER, M. Ed, Psychology Associate I, Qualified Mental Health Professional; RICK SAYLOR, M.Ed, Psych II, Qualified Mental Health Professional Senior; DR. EVERETT ELLISON MCDUFFIE, Contractual Psychiatrist,

Defendants - Appellees,

and

DR. DENISE MALONE, Chief Psychologist for the State of Virginia; FREDERICK SCHILLING, Health Service Director; GENDER DYSPHORIA COMMITTEE; EARL R. BARKSDALE, Previous Warden; CHELSEA ADAMS, M.Ed, Psychology Associate I, Qualified Mental Health Professional; J. ARTRIP, Assistant Warden; VICKY PHIPPS, RNCB; D. STILL, Security Captain; LARRY ROSS COLLINS, Security Lieutenant; JAMES MESSER, Security Seargent,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Norman K. Moon, Senior District Judge. (7:17-cv-00093-NKM-PMS)

Submitted:  September 24, 2019                    Decided:  September 27, 2019

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terah C. Morris, Appellant Pro Se.  Elizabeth Martin Muldowney, SANDS ANDERSON, PC, Richmond, Virginia; John Thomas Jessee, LECLAIR RYAN, PC, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terah C. Morris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Morris' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Morris v. Cary*, No. 7:17-cv-00093-NKM-PMS (W.D. Va. Mar. 29, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*